No. 07-16-00302-CR

| | | |
|---|---|---|
| In re Anthony James, Relator | § | Original Proceeding |
| | § | August 29, 2016 |
| | § | Opinion Per Curiam |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated August 29, 2016, it is ordered, adjudged and decreed that relator's petition for writ of mandamus is hereby denied.

o O o